UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS JUAREZ-BAUTISTA, | No.  1:26-cv-3841 DAD AC |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  After respondents filed a notice of related cases stating that this case is related to the earlier-filed case Juarez-Bautista v. Chestnut (Juarez-Bautista I), No. 1:26-cv-3232 DJC AC (E.D. Cal.) (ECF No. 4), petitioner was directed to notify the court how he intended to proceed with his two cases (ECF No. 5).  Petitioner has now responded that he would like to consolidate the two cases and proceed in Juarez-Bautista I.[1]  ECF No. 6.  The petition in this action will therefore be filed as an amended petition in Juarez Bautista I and this action will be closed.  A briefing schedule will issue in Juarez-Bautista I once the amended petition has been docketed.

---

[1]  The court notes that while petitioner was proceeding pro se in Juarez-Bautista I, counsel in this case has since filed a notice of appearance in that case.

1

Accordingly, IT IS HEREBY ORDERED that the motion to consolidate (ECF No. 6) is GRANTED to the extent the Clerk of the Court is directed to file the petition in this case as an amended petition in Juarez-Bautista v. Chestnut, No. 1:26-cv-3232 DJC AC (E.D. Cal.), and close this case.

DATED: June 8, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2